IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Case No.   13-cr-00099-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIA TERESA LARA-MARES,

    Defendant.

---

**ORDER**

---

    PURSUANT to and in accordance with Order entered by the Judge R. Brooke Jackson, it is

    ORDERED that Defendant Maria Teresa Lara-Mares is sentenced to TIME SERVED.

    Dated at Denver, Colorado this 20th day of May, 2013.

                                                                  BY THE COURT:

                                                                  _____
                                                                  Judge R. Brooke Jackson
                                                                  United States District Judge